UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JAMES DANIEL GREEN, Institutional ID No. 02258991 | |
| Plaintiff, | |
| v. | No. 5:23-CV-00211-H |
| C.O. COSTA, *et al.*, | |
| Defendants. | |

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that Plaintiff's civil-rights complaint is dismissed with prejudice for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated January 12, 2024.

JAMES WESLEY HENDRIX
United States District Judge